confession freely and voluntarily made is direct evidence of the highest character and when properly corroborated is sufficient to authorize a conviction." It is alleged that the court should have charged: "A confession freely and voluntarily made is direct evidence of the highest character, and when properly corroborated by proof of the corpus delicti, is sufficient to authorize a conviction." There was no request to so charge. In view of the whole charge of the court, this special ground shows no cause for reversal.

The court did not err in any of the rulings.

*Judgment affirmed. Townsend and Carlisle, JJ., concur.*

### 37102. FLYNN *v.* THE STATE.

GARDNER, Presiding Judge. The record in this case including the evidence, the charge of the court, and the assignments of error are practically word for word the same as found in *Clements v. State,* ante. Our opinion in that case is therefore the opinion in this case.

*Judgment affirmed. Townsend and Carlisle, JJ., concur.*

DECIDED APRIL 24, 1958.

*James E. Lucas, J. Walter Cowart,* for plaintiff in error.

*Andrew J. Ryan, Jr., Solicitor-General, Sylvan A. Garfunkel, James F. Glass, Jack H. Usher, Assistant Solicitors-General,* contra.

### 37103. SLOAN *v.* THE STATE.

GARDNER, Presiding Judge. The record in this case including the evidence, the charge of the court, and the assignments of error are practically word for word the same as found in *Clements v. State,* ante. Our opinion in that case is therefore the opinion in this case.

*Judgment affirmed. Townsend and Carlisle, JJ., concur.*

DECIDED APRIL 24, 1958.